WRAGG *vs.* THE BRANCH BANK OF ALABAMA AT MOBILE.

1. Where the place of holding court is left blank in a writ, and the defect is in no way cured by appearance or otherwise—judgment cannot be rendered for plaintiff.

Error to the Circuit court of Mobile.

Assumpsit, tried before *Pickens*, J.

In this case, the place of holding court was left blank in the writ: there was no appearance by defendant, and judgment was rendered for plaintiff—to reverse which, a writ of error was sued out.

Plaintiff assigned for error—

1. That the writ is not made returnable in any court, and that defendant in the court below had no notice of the suit;

2. That judgment was given for the defendant in error, when it should have been given for plaintiff in error.

Wragg *vs.* the Branch Bank of Alabama at Mobile.

*Campbell,* for the plaintiff in error.

*Thornton,* contra.

PER CURIAM.—There is nothing in the writ, which is the foundation of these proceedings, which could in any manner advise or notify the defendant to the action, that he was required to appear at the Circuit court of Mobile county, to answer the plaintiff. The omission to insert the word Mobile, in the blank space in the writ, leaves it without sense or meaning, and it would be carrying the doctrine of intendment too far, to insist that the defendant was bound to know from the service of this writ on him, that he was thereby required to attend at the court which rendered judgment against him. The defect has in no way been cured, by appearance or otherwise.

Let the judgment be reversed.